UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-cv-21948-HUCK/WHITE

BRUCE MARTINEZ,

    Petitioner,
v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This cause is before the Court on Petitioner Bruce Martinez's Motion to Vacate pursuant to 28 U.S.C. § 2255 (D.E. # 1). On April 12, 2013, Magistrate Judge Patrick A. White issued a Report and Recommendation (D.E. # 17) recommending that Petitioner's Motion to Vacate Pursuant to 28 U.S.C. § 2255 be denied in its entirety. Petitioner has not objected to the Report and Recommendation. Accordingly, he is not challenging the factual findings contained in the Report and Recommendation.

    The Court has reviewed *de novo* the Report and Recommendation and the record, and is otherwise duly advised. The Court ADOPTS the findings of fact and conclusions of law as stated in the Report and Recommendation, and accordingly, it is hereby ORDERED AND ADJUDGED that Petitioner Bruce Martinez's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (D.E. # 1) is DENIED for the reasons stated in the Report and Recommendation, and the case is CLOSED. Because the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right, it is further ORDERED that a Certificate of Appealability shall not issue.

DONE AND ORDERED in Chambers, Miami, Florida, May 14, 2013.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record
Bruce Martinez, 83998-004; FCI - McDowell Federal Correctional Institution, Inmate Mail/Parcels; Post Office Box 1009; Welch, WV 24801