"Pro-Se" Bruce Haddiner
83998-004
P.O Box 1000
Federal Correctiona Institute
Leavenworth KS, 66048

Wilkie D. Ferguson JR
United States Court House
400 North Miami Ave Room 8
Miami FL 33128

FILED BY [initials] D.C.
OCT 26 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

10/15/26
1:45pm

Case No: 10-20661-CR-Huck

RE: Emergency Court Order
Request For Modification
To Supervise Release Conditions

I Have Attached A Letter From Houston Texas Federal Probatin Office Stating I Need To Submit A Request To Miami Division Of The Southern District Of Florida, For A Modification Of The Current Judgment Of My Supervised Release. In Order For I Can Be Released And Start My Reentry Into Society. Houston Texas Probation Office States They Do Not Have Any Component For Location Monitoring "Home Detention" I Have No Where To Go Other Than Houston Texas Due To My Family Passings, I Will Be Homeless And My Life In Danger If

Forced To Go Back To Miami Florida,
My Only Remaining Positive Ties
Are In Texas.

Thank You In Advance For Your
Consideration On This Matter.

Bruce. Martinez
83998-004

BROWNSVILLE
600 E. HARRISON STREET # 103
BROWNSVILLE 78520-7122
(956) 548-2522

HOUSTON
P. O. BOX 61207
HOUSTON 77208
(713) 250-5266

GALVESTON
P. O. BOX 2670
GALVESTON 77553-2670
(409) 766-3733

LAREDO
1300 VICTORIA, SUITE 2111
LAREDO 78040
(956) 726-2255

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
PROBATION OFFICE

CORPUS CHRISTI
1133 N. SHORELINE STE. 124
CORPUS CHRISTI 78401
(361) 888-3145

VICTORIA
P. O. BOX 125
VICTORIA 77902-0125
(361) 579-6640

McALLEN
1701 WEST BUSINESS 83, SUITE 729
McALLEN 78501-5159
(956) 618-8035

October 6, 2026

**REPLY TO: HOUSTON**

David Hamilton, M.S.
Case Manager, FCI Leavenworth
1300 Metropolitan
Leavenworth, KS 66048

**RE: MARTINEZ, Bruce**
**Reg. No.: 83998-004**
**Proposed Release Plan: Denied**

Case Manager Hamilton:

The U.S. Probation Office is in receipt of Inmate Martinez' proposed release plan to 7135 Pheasant Grove Dr, Cypress, Texas. Contact was made with the homeowner, Sharitza Medina, who advised that she is the inmate's girlfriend. She related further she has known the inmate since childhood and has a child fathered by his late brother. Other than the lack of significant ties to the Houston Division, there does not appear to be any factors that would preclude approval of the release plan outside of what follows.

According to the current judgment, the defendant is ordered to participate in location monitoring: 12 months of home detention for the first year of supervised release. There is no component of location monitoring (e.g. radio frequency or GPS). Our office is unable to effectively meet the orders of the Court to supervise home detention lacking a condition specifying the component of location monitoring. Lacking this condition, the release plan cannot be approved and is therefore **denied** at this time.

The Southern District of Texas will be unable to approve a release plan to the Houston Division lacking modification of the condition of supervised above. The following language:

*You will be monitored by the form of location monitoring technology indicated below for a period of twelve (12) months, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program, if financially able.*

*☒ GPS Monitoring (including hybrid GPS)*

*This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:*

☒ ***Home Detention:*** *You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer.*

is recommended for effective supervision in our district. A modification request can be made through the duty email box of the district retaining jurisdiction of the inmate's case. In this case, that would be the Miami Division of the Southern District of Florida. Please feel free to re-submit this release request once the appropriate modifications have been made in the inmate's case. The inmate is required to report to the nearest U.S. Probation Office within 72 hours of release.

Contact me at Jarrod_I_Shaw@txsp.uscourts.gov or 713-250-5208, if you should have any questions.

Submitted,

Jarrod I. Shaw
Senior U.S. Probation Officer

Approved:

Derrek Glover
Derrek Glover, Supervising
U.S. Probation Officer

Bruce Martinez 83998-004
Federal Correctional Institution
P.O. Box 1000
Leavenworth, KS 66048

KANSAS CITY 640
20 OCT 2026 PM 5 L

UNITED STATES OF AMERICA
FOREVER/USA

REC'D BY ________ D.C.
OCT 26 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Wilkie D. Ferguson Jr
United States Court House
400 North Miami Ave Room 8
Miami FL 33128

33128-180199