CASE NO: 10-CR-20661-HUCK

Dear Honorable Judge Paul. C. Huck 10/15/26 1:05pm

I'm Writting This Letter To Inform You Of A Big Situation That Only You Can Help Me.

FILED BY D.C.
OCT 26 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

My Casemanager Is Trying To Start The Process For My Release To A Federal Half Way House. At The Beggining Of My Incarceration, My Family Were Living In Miami Florida, After Over 16 Years Incarcerated My Father And My Brother Have Passed Away, I Have No Family Living In Miami Florida, The Only Family Ties And Support I Have Are In Houston Texas, Sending Back To Miami Florida Will Put My Life In Extreme Danger. On 9/30/26 The Probation Office Of Houston Texas Sent Mr. Jarrod Shaw To The Below Address To Inspect And Approve The House That I Will Be Living At Upon My Release With My Nephew Jacob. A. Martinez And My Girlfriend Which Is Also My Nephews Mother Sharitza. L. Medina At 7135 Pheasant Grove Drive Cypress Tx, 77433 Mr. Shaw Informed My Love Ones

That He Dont Find Any Reason In Why I Couldnt Live There With Them But Houston Texas Probation Office States That They Dont Have Any Component Of Location Monitoring Such As "Radio Frequency Or GPS" Their Office Says They Are Unable To Effectively Meet The Orders Of The Court To Supervise Home Detention. I Have No Other Place To Live At Or Family Positive Support Besides The Mention Above Family And Address. I Would Like To See If My Supervised Release Conditions Can Be Modified To Fit For A Succesful Reentry. I Have Attached A Copy Of Letter "Exibt #1" From The Houston Texas Probation Office Stating The Above Mentioned Information. Also I Have Met All That You Required Me To Do While In Custody Of The Bureau Of Prisons "B.O.P." Such As G.E.D, Drug Treatment And Anger Control/Domestic Violence Programs "Exibt #2" Thank You In Advance For Changing My Life Around

Bruce

EXIBT #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
PROBATION OFFICE

BROWNSVILLE
600 E. HARRISON STREET # 103
BROWNSVILLE 78520-7122
(956) 548-2522

HOUSTON
P. O. BOX 61207
HOUSTON 77208
(713) 250-5266

GALVESTON
P. O. BOX 2670
GALVESTON 77553-2670
(409) 766-3733

LAREDO
1300 VICTORIA, SUITE 2111
LAREDO 78040
(956) 726-2255

CORPUS CHRISTI
1133 N. SHORELINE STE. 124
CORPUS CHRISTI 78401
(361) 888-3145

VICTORIA
P. O. BOX 125
VICTORIA 77902-0125
(361) 579-6640

McALLEN
1701 WEST BUSINESS 83, SUITE 729
McALLEN 78501-5159
(956) 618-8035

October 6, 2026

**REPLY TO: HOUSTON**

David Hamilton, M.S.
Case Manager, FCI Leavenworth
1300 Metropolitan
Leavenworth, KS 66048

**RE: MARTINEZ, Bruce**
**Reg. No.: 83998-004**
**Proposed Release Plan: Denied**

Case Manager Hamilton:

The U.S. Probation Office is in receipt of Inmate Martinez' proposed release plan to 7135 Pheasant Grove Dr, Cypress, Texas. Contact was made with the homeowner, Sharitza Medina, who advised that she is the inmate's girlfriend. She related further she has known the inmate since childhood and has a child fathered by his late brother. Other than the lack of significant ties to the Houston Division, there does not appear to be any factors that would preclude approval of the release plan outside of what follows.

According to the current judgment, the defendant is ordered to participate in location monitoring: 12 months of home detention for the first year of supervised release. There is no component of location monitoring (e.g. radio frequency or GPS). Our office is unable to effectively meet the orders of the Court to supervise home detention lacking a condition specifying the component of location monitoring. Lacking this condition, the release plan cannot be approved and is therefore **denied** at this time.

The Southern District of Texas will be unable to approve a release plan to the Houston Division lacking modification of the condition of supervised above. The following language:

*You will be monitored by the form of location monitoring technology indicated below for a period of twelve (12) months, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program, if financially able.*

☒ *GPS Monitoring (including hybrid GPS)*

*This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:*

☒ ***Home Detention:*** *You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer.*

is recommended for effective supervision in our district. A modification request can be made through the duty email box of the district retaining jurisdiction of the inmate's case. In this case, that would be the Miami Division of the Southern District of Florida. Please feel free to re-submit this release request once the appropriate modifications have been made in the inmate's case. The inmate is required to report to the nearest U.S. Probation Office within 72 hours of release.

Contact me at Jarrod_I_Shaw@txsp.uscourts.gov or 713-250-5208, if you should have any questions.

Submitted,

Jarrod I. Shaw
Senior U.S. Probation Officer

Approved:

Derrek Glover

Derrek Glover, Supervising
U.S. Probation Officer

| | | | |
|---|---|---|---|
| Facility: | LVN LEAVENWORTH I FCI | Proj. Rel. Date: | 06-19-2028 |
| Name: | MARTINEZ, BRUCE | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 83998-004 | DNA Status: | MIM05633 / 06-01-2011 |
| Age: | 34 | | |
| Date of Birth: | 02-12-1992 | | |

EXIBT #2

**Detainers**

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

**Inmate Photo ID Status**

Full status incomplete - Expiration: null

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LVN | REAR CORR | REAR CORRIDOR ORDERLY | 09-11-2026 |

JOB ✓

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LVN | ESL HAS | ENGLISH PROFICIENT | 03-07-2012 |
| LVN | GED EARNED | GED EARNED IN BOP | 09-09-2015 |

GED ✓

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LVN | | BEGINNING ART | 09-07-2026 | CURRENT |
| LVN | | CARTOON DRAWING | 09-07-2026 | CURRENT |
| LVN | | OIL PAINTING | 09-12-2026 | CURRENT |
| LVN | | YOGA ADVANCED | 07-31-2026 | CURRENT |
| LVN | C | YOGA ADVANCED | 04-25-2026 | 07-24-2026 |
| COM | C | SOFTBALL SPORTS RULES | 07-22-2022 | 08-26-2022 |
| COM | C | TOURNAMENT MANAGEMENT | 07-22-2022 | 08-26-2022 |
| COM | C | BEGINNING SPINNING CLASS | 06-07-2022 | 07-26-2022 |
| COM | C | PHOTO CLASS | 10-08-2018 | 04-26-2019 |
| COM | C | VT MICROSOFT CLASS | 04-22-2018 | 06-28-2018 |
| COM | C | BEGINNING SPINNING CLASS | 04-03-2018 | 06-24-2018 |
| COM | C | RPP HEALTH/NUTRITION #1 | 05-09-2016 | 05-09-2016 |
| COM | C | RPP HEALTH/NUTRITION #1 | 05-04-2016 | 05-04-2016 |
| MCD | C | RECREATION INMATE HEALTH FAIR | 11-19-2015 | 11-20-2015 |
| MCD | C | GED 0900-1030 LEVEL 3 WRITING | 08-04-2015 | 09-09-2015 |
| MCD | W | GED 1230-1400 LEVEL 3 SC/SS | 06-01-2015 | 08-04-2015 |
| MCD | W | GED 900 - 1030 AM LEVEL 3 MATH | 10-28-2014 | 06-01-2015 |
| MCD | W | GED 0930 - 1100 AM - LEVEL 3 | 02-24-2014 | 10-28-2014 |
| MCD | C | COMMERCIAL DRIVERS LICENSE | 05-05-2014 | 07-01-2014 |
| MCD | C | HISTORY: AIR FORCE ONE | 05-05-2014 | 07-01-2014 |
| MCD | C | COLAMECOS KITCH LOST N SUPRMKT | 05-24-2013 | 05-24-2013 |
| MCD | C | ACE TPC LANDSCAPING MAINTENANC | 12-01-2012 | 04-02-2013 |
| MCD | C | ACE TPC CLEANING CHEMICALS | 12-27-2012 | 04-02-2013 |
| MCD | C | ACE TPC CARPET&UPHOLSTERY | 12-01-2012 | 04-02-2013 |
| MCD | W | GED 1400-1530 - LEVEL 3 | 07-02-2012 | 03-13-2013 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-30-2015 |
| CARE1-MH | CARE1-MENTAL HEALTH | 02-17-2012 |

**Current Medical Duty Status Assignments**

**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 01633225

Dept. of Justice / Federal Bureau of Prisons Team Date: 09-29-2026

Plan is for inmate: MARTINEZ, BRUCE 83998-004

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-24-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-25-2010 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-25-2010 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 04-29-2016 |
| ED COMP | DRUG EDUCATION COMPLETE | 10-23-2012 |
| NR PART | NRES DRUG COUNSEL PARTICIPANT | 09-23-2026 |

**FRP Payment Plan**

| Most Recent Payment Plan |
|---|

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO OBLIGATION** **Start: 03-16-2016**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $25.00 | IMMEDIATE | EXPIRED |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $0.00 Payments commensurate ? Y

New Payment Plan: ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 10-28-2023 |
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-19-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 09-26-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 09-26-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 09-26-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 09-26-2026 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 09-26-2026 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 09-26-2026 |
| N-MEDICL N | NEED - MEDICAL NO | 09-26-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 09-26-2026 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 09-26-2026 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 09-26-2026 |
| N-TRAUMA Y | NEED - TRAUMA YES | 09-26-2026 |
| N-WORK N | NEED - WORK NO | 09-26-2026 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 09-26-2026 |

**Progress since last review**

Has maintained clear conduct and job assignment since last program review. Currently enrolled in 4 programs.

**Next Program Review Goals**

Continue to maintain clear conduct, job assignment, and communication with loved ones and your support system.
Make progress in current programs.

**Long Term Goals**

Enroll in least one FSA course by 3-2027 in your needs area Anger/Hostility, Antisocial Peers, Cognitions, Dyslexia, Education, Finance/Poverty, Family Parenting, Mental Health, Medical, Rec/Leisure/Fitness, Substance Abuse, Trauma, and Work.
Maintain clear conduct through 3-2027.
Sign up for National Parenting Program by 3-2027
While you are ineligible to earn and apply FTCs, by taking FSA approved programs that match your FSA needs, you can earn free phone minutes.

# Individualized Needs Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MARTINEZ, BRUCE 83998-004

SEQUENCE: 01633225
Team Date: 09-29-2026

## RRC/HC Placement

No.
null.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

Your reentry back to society as a productive citizen should be your #1 goal. This process is highly dependent on your proactivity to participate in programs that assist you in your preparation for release.
Save funds for release purposes.
See your Case Manager during open house (Tues through Friday 2PM to 3PM) for any questions. Your Case Manager will make a minimum of weekly rounds in the SHU.
Reassessed for PREA, no new concerns.
Programming and maintaining clear conduct will help lower recidivism level and enable the application of earned Federal Time Credits. Recidivism must be LOW to apply those credits.
Maintain contact with family and other support groups in the community via phone, email, and mail to prepare for release.
Obtain birth certificate social security card and photo identification for central file. Maintain living area cleanliness and personal hygiene.
Points: 16 Med< LOW SINCE 10/6/26 14 LOW
Point next Review: February 2027
Next Program review: March 2027

I emailed the USPO to check on your relocation. Still pending.
Your halfway house referral is routing through the institution.

**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 01633225

Dept. of Justice / Federal Bureau of Prisons Team Date: 09-29-2026

Plan is for inmate: MARTINEZ, BRUCE 83998-004

Name: MARTINEZ, BRUCE DNA Status: MIM05633 / 06-01-2011
Register No.: 83998-004
Age: 34
Date of Birth: 02-12-1992

Inmate (MARTINEZ, BRUCE. Register No.: 83998-004)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

83998-004
BRUCE MARTINEZ
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
LEAVENWORTH KS, 66048

UNITED STATES OF AMERICA FOREVER/USA

RECD BY ______ D.C.
OCT 26 2026

USMS INSPECTED

HONORABLE JUDGE PAUL C. HUCK
UNITED STATES COURT HOUSE
400 NORTH MIAMI AVE ROOM 8
MIAMI FL, 33128