**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:10-cr-20661-PCH-4**

**UNITED STATES OF AMERICA**,

v.

**BRUCE MARTINEZ**,

Defendant.
______________________________________/

**ORDER**

THIS CAUSE is before the Court on the Defendant's Emergency Court Order Request for Modification to Supervise Release Conditions (the "Request") [ECF No. 309], filed on October 26, 2026. Defendant attached a copy of a letter from the Southern District of Texas Probation Office stating that Defendant's release plan could not be approved until a component of his location monitoring was specified. *See* ECF No. 309 at 3. That letter also recommends language for effective supervision, *see id.* at 3–4, which the Court adopts below. Accordingly, upon review of the record and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Request [ECF No. 309] is **GRANTED**. The Court modifies the conditions of Defendant's location monitoring as follows:

You will be monitored by the form of location monitoring technology indicated below for a period of twelve (12) months, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program, if financially able.

☒ GPS Monitoring (including hybrid GPS)

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

☒ **Home Detention**: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer.

**DONE AND ORDERED** in Miami, Florida, on October 26, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC:

All Counsel of Record

**Bruce Martinez**, *pro se*
83998-004
Leavenworth-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1000
Leavenworth, KS 66048